ACCEPTED
01-14-00861-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/26/2015 10:35:58 AM
CHRISTOPHER PRINE
CLERK

No. 01-14-00861 –CR

COURT OF APPEALS

FIRST  DISTRICT OF TEXAS

HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/26/2015 10:35:58 AM
CHRISTOPHER A. PRINE
Clerk

SEGISMUNDO GONZALEZ,

      APPELLANT

v.

STATE OF TEXAS,

      APPELLEE

APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME

TO FILE THE APPELLATE BRIEF

To the Honorable Justices of Said Court:

Comes now, SEGISMUNDO GONZALEZ, by and through his attorney of record, Leah M. Borg, and files this "Second Motion for Extension of Time to File the Appellate Brief"  and for  good cause would show the following:

1. APPELLANT'S attorney of record has not had sufficient time to complete and timely file the appellate brief  due to the nature of the case against APPELLANT; the length of the record; and Counsel's previously scheduled court appearances and client commitments.

1

2. Further, this appeal is taken from a hearing on a Pre-Sentence Investigation/Report. In an effort to avoid filing an *Anders* brief, Counsel has attempted to develop various points of error; most of which, as a result of research, Counsel has concluded would not be successful, as being unsupported by the law.

3. Counsel is presently developing a particular point of error, which may be successful upon appeal. Counsel requires additional time to finalize this point of error and finalize the appellate brief draft.

4. Counsel believes she will file the appellate brief on or before Monday, March 2, 2015, but out of an abundance of caution is requesting an extension of time through Wednesday, March 4, 2015.

Therefore, Counsel requests the extension of time to in order to complete and file the appellate brief.

Wherefore, premises considered, the APPELLANT requests an extension of time to file the appellate brief be granted and for such and other relief to which this Court deems APPELLANT justly entitled.

Respectfully submitted,



_____

Leah M. Borg

Attorney for APPELLANT
874 Yorkchester No. 123
Houston, Texas 77079
Texas Bar No. 02667800
Email: borg579@att.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Motion was delivered to the District Attorney, Appellate Division:

Alan Curry 1201 Franklin Houston, Texas 77002

On Feb. 26, 2015, in accordance with the Texas Rules of Appellate Procedure through: the efile system or by mailing through the USPS.

_____

Leah M. Borg

ATTORNEY FOR APPELLANT

3

# LEAH M. BORG
## ATTORNEY AT LAW
**874 YORKCHESTER NO. 123**
**HOUSTON, TEXAS 77079**
**TEL. & FAX: 713-468-3618**
**EMAIL: borg579@att.net**
**Texas Bar No. 02667800**

First Court of Appeals
301 Fannin
Houston, Texas 77002-2066

Attn: Christopher Prine

Re: SEGISMUNDO GONZALEZ v. THE STATE OF TEXAS
Appellate Number: 01-14-00861-CR
Trial Court Number: 1388920; 184th District Court of Harris County, Texas

To Christopher Prine, the Clerk of the Court:                Feb. 26, 2015

Attached please find for filing the APPELLANT'S "Second Motion for Extension of Time to File the Appellate Brief." A copy of this Motion will be provided to the District Attorney's Office in accordance with the Rules of Appellate Procedure.

Total number of pages Motion and cover sheet:   4 pp.

Thank you for your attention to this matter.

Leah M. Borg

Attorney for Appellant Segismundo Gonzalez
Texas Bar No. 02667800

4